JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

| **Place of Offense:** | Under Seal:Yes ___ No X | Judge Assigned: _Nachmanoff_ |
|---|---|---|

City _____ Superseding Indictment _____ Criminal Number: _1: 26-CR- 87_

County/Parish Fairfax County Same Defendant _____ New Defendant    X  _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes ___ No X FBI #** _____

**Defendant Name:** Teresita Tiongson      Alias Name(s) _____

**Address:** Springfield, VA 22152

**Employment:** _____

**Birth date** 1945    SS# 9497    Sex F Def Race _____ Nationality _____ Place of Birth _____

**Height** 5'0    **Weight** 125    **Hair** Grey    Eyes Brown    Scars/Tattoos _____

**Interpreter:** X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    X Not in Custody

___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond

Defense Counsel Information:

Name:    Valencia Roberts    ___Court Appointed    Counsel conflicted out: _____

Address:    1650 King Street, Suite 500
Alexandria, VA    ___Retained

Telephone:703-600-0870    X Public Defender    Federal Public Defender's Office conflicted out: _____

U.S. Attorney Information:

AUSA   Jordan Harvey    Telephone No:    703-236-3852    Bar # _____

Complaint Agency, Address & Phone Number  or Person & Title:

 FBI Special Agent Gladys Pleasant, FBI Special Agent Michael Deutsch

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:**    May 4, 2026    Signature of AUSA:    _Jordan Harvey_